CROUSE IRVING HOSPITAL, Appellant-Respondent, *v.* CITY OF SYRACUSE, Appellant, and COUNTY OF ONONDAGA, Respondent.

Argued February 21, 1955; decided March 10, 1955.

*George T. Driscoll, Corporation Counsel (Robert J. Cooney, Jr.,* of counsel), for appellant.

*Philip C. Wood* for appellant-respondent.

*Julian W. Edgcomb, County Attorney (Eli Gingold* of counsel), for County of Onondaga, respondent.

Judgment affirmed, with costs. Question certified not answered. Appeals taken by the City of Syracuse and Crouse Irving Hospital, as of right, from the order of the Appellate Division, dismissed. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.